IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01769-RPM

COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

ARKANSAS-PLATTE & GULF PARTNERSHIP LLP,
KATHERINE F. SPAHN, and
ELIZABETH T. FARRAR,

    Defendants.

---

**ORDER**

---

The Court, having considered Plaintiff Commonwealth Land Title Insurance Company's Motion for Leave to Amend and Supplement Complaint, and being fully informed in the premises, HEREBY ORDERS that the Motion is GRANTED and the First Amended Complaint attached thereto as Exhibit A is accepted for filing.

DATED: August 14, 2013

                                BY THE COURT:

                                Richard P. Matsch, Senior District Judge