IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-01769-RPM

COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

ARKANSAS-PLATTE & GULF PARTNERSHIP LLP,
KATHERINE F. SPAHN, and
ELIZABETH T. FARRAR,

    Defendants.
_____

**ORDER RE: STIPULATION OF DISMISSAL**
_____

Pursuant to the Stipulation of Dismissal of Plaintiff Commonwealth Land Title Insurance Company ("Commonwealth") and Defendants Arkansas-Platte & Gulf Partnership LLP, Katherine F. Spahn and Elizabeth T. Farrar (collectively, "Defendants"), all claims asserted by Commonwealth against Defendants are dismissed with prejudice, with each party to bear its own costs and expenses, including any attorneys' fees.

Dated this 27TH day of September, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge